ANNA SAKOS (SOCKOS), ADMINISTRATRIX AD PROSE-
QUENDUM OF STEPHEN SAKOS, DECEASED, PLAIN-
TIFF-APPELLANT, v. HARRISON BYERS AND MABEL
B. BYERS, DEFENDANTS-RESPONDENTS.

Argued May 23, 1932—Decided October 17, 1932.

For the plaintiff-appellant, *Silber & Silber* (*Osie M. Silber*).

For the defendants-respondents, *Frank G. Turner*.

The opinion of the court was delivered by

BODINE, J. The plaintiff brought this action as adminis-
trator *ad prosequendum* under the Death act. 2 *Comp. Stat.,*
*p.* 1904; 1 *Cum. Supp. Comp. Stat., p.* 926. The jury re-
turned a verdict of no cause of action and the plaintiff ap-
peals. It appears from the record that an attempt at settle-
ment was made with the general administrator and money
was paid thereunder. The learned trial judge directed the
jury that in assessing damages credit should be given for
the amount so paid. In this there was error.

The statute (*Pamph. L.* 1917, *p.* 531; 1 *Cum. Supp. Comp.*
*Stat., p.* 928) gives the right of action to the administrator
*ad prosequendum*. That the moneys recovered are distributed
by the general administrator, according to the law, can in no
way affect the right of action. *Stagg* v. *McCann,* 95 *N. J.*
*Eq.* 53; 96 *Id.* 327. Nor does the circumstance that the
general administrator may recover for the loss to the estate

between injury and death affect the present action. *Soden v. Trenton and Mercer Traction Co.,* 101 *N. J. L.* 393.

The 1917 amendment to the Death act changes the procedure to enforce the claim given by the Death act. It vests the right of action for a wrongful death in the administrator *ad prosequendum.* The legislature not only gave a cause of action but vested the right to enforce the same in a special administrator. The right to enforce the claim exists until the recovery of final judgment, and the acts of a stranger cannot disturb the proceeding.

Other matters suggested in the record need no discussion. The judgment is reversed.

*For affirmance*—None.

*For reversal*—THE CHANCELLOR, TRENCHARD, PARKER, LLOYD, CASE, BODINE, BROGAN, VAN BUSKIRK, KAYS, DEAR, WELLS, KERNEY, JJ. 12.